UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE CARLOS LOPEZ,　　　　　　　　　　　　No. C 12-4277 YGR (PR)

　　　　　　Plaintiff,　　　　　　　　　　　　　　**ORDER OF DISMISSAL**

　　v.

G. D. LEWIS, et al.,

　　　　　　Defendants.
　　　　　　　　　　　　　　　　　　　/

　　　　This is a federal civil rights action filed pursuant to 42 U.S.C. § 1983 by a *pro se* state prisoner. Plaintiff was ordered to file a complete application to proceed *in forma pauperis* ("IFP"), or pay the filing fee of $350.00, within 30 days, or face dismissal of the action. More than 30 days have passed and plaintiff has not filed a complete IFP application or paid the filing fee. Accordingly, the action is DISMISSED without prejudice to plaintiff paying the filing fee or filing a complete IFP application.

　　　　A complete IFP application includes **all** three of the following: (1) a filled out and signed IFP application form; (2) a certificate of funds signed by an authorized prison officer; and (3) a prison trust account statement showing transactions for the last six months.

　　　　Plaintiff's motion for an evidentiary hearing (Docket No. 2), to proceed IFP (Docket No. 3), and for the appointment of counsel (Docket No. 4), are DENIED as moot. Plaintiff may renew these motions when he has paid the filing fee or filed a complete IFP application. The Clerk shall terminate Docket Nos. 2, 3 and 4, enter judgment in favor of defendants, and close the file.

　　　　**IT IS SO ORDERED**.

DATED:　October 31, 2012

　　　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**